IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,　　　　　　　　　　Civ. No. S-11-1896 KJM DAD

  vs.

                                    ORDER

ALLIED TRADES CREDIT UNION,

      Defendant.

_____/

    In light of the clerk's entry of default, the court will not issue a scheduling order. Plaintiff is directed to file a status report within sixty days of the date of this order.

    IT IS SO ORDERED.

DATED: December 13, 2011.

                                    UNITED STATES DISTRICT JUDGE